UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INSULTECH, INC.,

    Plaintiff,

vs.

                                    Case No.: 8:09-cv-1474-T-33EAJ

WILLIAM R. DOYLE, Jr.,
RAFAL GARBA and
FLORIDA MARINE JOINER
SERVICE, INC.,

    Defendants.
_____/

ORDER

This matter is before the Court pursuant to Plaintiff's Unopposed Motion for Voluntary Dismissal (Doc. 13), which was filed on September 9, 2009. In order to pursue its tort claims in state court, Plaintiff seeks a dismissal of: (a) all claims asserted against Defendant, William R. Doyle, Jr. in the Complaint, without prejudice; (b) the claims asserted in Counts IV, V and VI of the Complaint against Defendants, Rafal Garba and Florida Marine Joiner Service, Inc., without prejudice; and, (c) the claims asserted in Counts I and II of the Complaint against Defendants, Rafal Garba and Florida Marine Joiner Service, Inc., with prejudice.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that:

Plaintiff's Unopposed Motion for Voluntary Dismissal (Doc. 13) is

**GRANTED**. The claims in this case are dismissed in accordance with designations cited above. The Clerk is directed to terminate any pending motions or deadlines and close this case.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this <u>11th</u> day of September 2009.

   VIRGINIA M. HERNANDEZ COVINGTON
   UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record